379 A.2d 624

Thompson, Appellant, v. Gatling Buick Company et al.

 Argued
June 14, 1977. Howard E. Davison, with him Mark F.

Seltzer, for appellant; Curtis P. Cheyney, III, with him Lynn L. Detweiler, for appellee, Gatling Buick Company; no appearance entered nor brief submitted for appellee, Robert Clark; Charles Jay Bogdanoff, with him Gekoski & Bogdanoff, for appellee, Sell Park Sunoco, Inc.; George D. Sheehan, with him Rawle & Henderson, for appellee, Sun Oil Company.

Orders affirmed.